DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
DIVINA, DON CAZAR and
DIVINA, SARAH KIM

Case No. 05-05251-FLK13

Debtors

### TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $25.19, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| DIVINA, DON CAZAR and DIVINA, SARAH KIM | 140 SOUTH STREET WAPATO, WA 98951 | $25.19 |

Dated: July 23, 2010

_DANIEL H. BRUNNER_ (signature)
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4874763    7-28-10    $25.19